# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 22CR1590-CAB |
|---|---|
| Plaintiff, | **JUDGMENT & ORDER GRANTING UNITED STATES' MOTION TO DISMISS THE DEFENDANT WITHOUT PREJUDICE** |
| v. | |
| ISRAEL DE LA RIVA TORRES (D1), | |
| Defendant | |

Upon the motion of the Government, and good cause appearing,

IT IS HEREBY ORDERED that the motion to dismiss is granted.

Defendant Israel De La Riva Torres is dismissed in this case without prejudice.

IT IS SO ORDERED.

DATED: August 19, 2022

_____
HONORABLE CATHY ANN BENCIVENGO
UNITED STATES DISTRICT COURT JUDGE